Entered on Docket
March 04, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed March 03, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Prober & Raphael
A Law Corporation
Dean R. Prober, Esq., #106207
Lee S. Raphael, Esq., #180030
Cassandra J. Richey, Esquire #155721
Melissa Vermillion, Esquire #241354
20750 Ventura Boulevard, Suite 100
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Movant
U.S. Bank, N.A., successor in interest to the
FDIC as receiver for Downey Savings and
Loan Association, F.A.
D.074-126

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re | ) | Bk. No. 09-42776 |
| | ) | |
| DORRIS LINDELL MAXWELL AND | ) | |
| JACQUELYN LUCAS MAXWELL, | ) | R.S. No. DRP- 901 |
| | ) | |
| Debtors. | ) | CHAPTER 13 |
| | ) | |
| | ) | **ORDER RE ADEQUATE** |
| | ) | **PROTECTION** |
| | ) | |
| | ) | Hearing – 01/05/11 at 1:30 p.m. |
| | ) | Place: U.S. Bankruptcy Court |
| | ) |     1300 Clay Street |
| | ) |     Oakland, California |
| | ) |     Courtroom 201 |
| _____ | ) | Judge: Roger L. Efremsky |

       The Motion for Relief from Automatic Stay of U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on January 5, 2011 at 1:30 p.m., before the Honorable Roger L. Efremsky. Appearances are as set forth in the Court's docket.

       The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

1

1. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Debtors shall maintain the regular monthly payments on Movant's loan obligation, encumbering the subject Property, generally described as **5207 Panama Avenue, Richmond, California**, in a timely fashion, commencing with the February 1, 2011 payment. Payments on Movant's loan obligation shall be made to Movant's servicing agent, U.S. Bank Home Mortgage, 3121 Michelson Drive, Suite 500, Irvine, California 92612, Attention: Bankruptcy Department.

2. IT IS FURTHER ORDERED that Debtors shall pay off arrearages in the total amount of $15,127.37, representing the post-petition attorneys' fees and costs. Said arrearages shall be paid in monthly installments of $1,260.61 per month, commencing on February 1, 2011, and continuing on the 1st day of each month thereafter until January 1, 2012.

3. IT IS FURTHER ORDERED that Debtors shall pay to Movant the sum of $800.00, representing its attorneys' fees incurred in bringing this action. Said fees shall be paid in monthly installments of $66.67 per month, commencing on February 1, 2011, and continuing on the 1st day of each month thereafter until January 1, 2012.

4. IT IS FURTHER ORDERED that Debtors shall maintain insurance on the subject property, naming Movant as loss payee.

5. IT IS FURTHER ORDERED that In the event of a default of any provisions as set forth in Paragraphs 1, 2, 3 or 4 hereinabove, Movant may, after a ten-day notice of default mailed to Debtor and faxed *and* mailed to Debtor's counsel, file and serve a Declaration Re Non-Compliance and an Order Terminating the Automatic Stay. Upon the filing of such Order, the Automatic Stay with respect to subject Property shall lift immediately, without further Order of the Court.

6. IT IS FURTHER ORDERED that in the event the instant bankruptcy proceeding is dismissed or discharged, this Order shall be terminated and have no further force

or effect.

7. IT IS FURTHER ORDERED that should Movant obtain relief from the Automatic Stay due to a breach of the terms of this Order, any final Order for Relief from the Automatic Stay shall provide for the 14-day Stay described by Bankruptcy Rule 4001(a)(3) to be waived.

8. IT IS FURTHER ORDERED that any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

Dated:    2/25/11              By    /s/ James A. Pixton
                                     JAMES A. PIXTON, ESQ.
                                     Attorney for Debtors

* * * END OF ORDER * * *

# COURT SERVICE LIST

Dorris Lindell Maxwell
Jacquelyn Lucas Maxwell
5207 Panama Avenue
Richmond, CA 94804
Debtors

James A. Pixton, Esquire
Pixton Bankruptcy Law
P.O. Box 2820
Alameda, CA 94501
Attorney for Debtors

Martha G. Bronitsky
P. O. Box 5004
Hayward, CA 94540-5004
Chapter 13 Trustee

U.S. Trustee
1301 Clay Street, Room 690N
Oakland, CA 94612-5202

Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364